**STATE of Missouri, Respondent,**

v.

**Duane HOWARD, Appellant.**

**No. WD 42830.**

Missouri Court of Appeals,
Western District.

Nov. 13, 1990.

Rosalynn Koch, Columbia, for appellant.

William L. Webster, Atty. Gen., Jefferson City, Philip M. Koppe, Asst. Atty. Gen., Kansas City, for respondent.

Before GAITAN, P.J., and TURNAGE and KENNEDY, JJ.

### ORDER

PER CURIAM:

Appeal from convictions of offering to commit violence, § 217.385, RSMo 1986, and possession of a weapon about the premises of a division correctional institution, § 217.360.1(4), RSMo 1986, and from concurrent sentences of fifteen years' imprisonment.

Judgment affirmed. Rule 30.25(b).

**Gregory E. BONDS, Appellant,**

v.

**STATE of Missouri, Respondent.**

**No. WD 43252.**

Missouri Court of Appeals,
Western District.

Nov. 13, 1990.

Robert L. Fleming, Columbia, for appellant.

William L. Webster, Atty. Gen., Jefferson City, Philip M. Koppe, Asst. Atty. Gen., Kansas City, for respondent.

Before GAITAN, P.J., and TURNAGE and KENNEDY, JJ.

### ORDER

PER CURIAM:

Appeal from judgment denying Rule 24.-035 motion. Affirmed. Rule 30.25(b).